In the Matter of the Accounting of MANUFACTURERS AND TRADERS TRUST COMPANY et al., as Executors of JOHN E. JOHNSON, Deceased, Respondents; WILLIAM R. EMBLIDGE, as Trustee in Bankruptcy of JOHN JOHNSON CONSTRUCTION COMPANY, Appellant.

Argued September 28, 1937; decided October 12, 1937.

*Howard T. Saperston* and *Daniel N. McNaughton* for appellant.

*James C. Sweeney* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. LEHMAN and HUBBS, JJ., dissent on the ground that there is no evidence the withdrawals were intended as dividends.